*Pro Tunc* is **GRANTED.** As counsel represents the Cross–Petition for Allowance of Appeal is prepared, counsel is directed to file it within 10 days of this order.

52 A.3d 218

Joan LICHTMAN, Petitioner

v.

CHUBB GROUP OF INSURANCE COMPANIES, Matthew Carrafiello, Gary Glazer, Edward D. Chew, Barbara Deeley, Philadelphia Sheriff, Cynthia Bernstiel, Nelson Levine Deluca & Horst, LLC, E. Gerald Riesenbach, Rittenhouse Plaza, Inc., Edward Edelstein, William Lederer, Mary Duden, Stanton Oswald, Ruth Ferber, Sandra Foxx–Jones, Slavko Brkich, Jon Sirlin, Dana Plon, Peter Lesser, Susan Kupersmith, Adrienne Herndon, Sirlin Gallogly & Lesser, Walter Flamm, Alison Tulio, William Callahan, Flamm Walton, Scott Addis, The Addis Group, Pamela Dembe, Allan Tereshko, Idee C. Fox, William Manfredi, Vicki Goldberg, Joanne Davidow, Prudential Fox Roach, and Old Republic National Title Company, Respondents.

No. 108 EM 2012.

Supreme Court of Pennsylvania.

Aug. 30, 2012.

*ORDER*

**AND NOW,** this 30th day of August, 2012, the Petition for Review is **DENIED.** The Prothonotary is directed to strike the names of the jurists from the caption.